IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 06 2014
at 9 o'clock and 30 min. A.M.
SUE BEITIA, CLERK

| | |
|---|---|
| In the Matter of ) | |
| ) | MISC 14-00135 |
| Leslie Clarke Rountree II ) | |
| ) | |
| _____ ) | |

## ORDER OF DISBARMENT

The Court having been advised that an Order of Disbarment was filed in the Supreme Court of the State of Hawaii on July 7, 2014, disbarring Leslie Clarke Rountree II from the practice of law in the State of Hawaii, effective thirty days after the date of entry of that order; and

It appearing to the Court that Leslie Clarke Rountree II was admitted to practice before this Court on October 15, 1982;

It appearing to the Court that the certified mailing of July 9, 2014 to Leslie Clarke Rountree II at 1265 Shaw Ave, Ste 100, Fresno, CA 93711 was delivered on July 14, 2014;

That Leslie Clarke Rountree II has not filed a response to the Order to Show Cause within 14 days of mailing why he should not be disbarred from practicing before this Court as directed;

IT IS HEREBY ORDERED that Leslie Clarke Rountree II is disbarred from practicing in this Court, in accordance with Local Rule 83.4(d), since he is disbarred from the practice of law in the courts of the State of Hawaii.

Dated at Honolulu, Hawaii, 8/5/2014.

SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE

LESLIE E. KOBAYASHI
UNITED STATES DISTRICT JUDGE

DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE

Order of Disbarment of Leslie Clarke Rountree II